1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SYLVESTER A. BRADFORD,          )    No. C 09-01346 JW (PR)
                                     )
12                    Plaintiff,     )    ORDER SETTING NEW BRIEFING
                                     )    SCHEDULE
13        vs.                        )
                                     )
14   DEPUTY ROSSI, et al.,           )
                                     )
15                    Defendants.    )
                                     )
16   _____ )

17

18        Plaintiff, a California state pretrial detainee at the Contra Costa County

19   Martinez Detention Facility, has filed a pro se civil rights action under 42 U.S.C. §

20   1983 alleging claims against Contra Costa County Sheriffs Department officials use

21   of excessive force.  After screening the complaint, the Court found cognizable

22   plaintiff's claims against defendants Mayette and Rossi and ordered service of the

23   complaint on July 27, 2009.  (Docket No. 6.)  Defendants were directed therein to

24   file a dispositive motion or notice regarding such motion within sixty days of the

25   order.

26        On October 9, 2009, defendants via counsel filed notice of their inability to

27   comply with the court's order in the time provided because the service of summons

28   and complaint was not attempted until after expiration of the sixty day time period.

Order Setting New Briefing Schedule
P:\PRO-SE\SJ.JW\CR.09\Bradford01346_sched.wpd

1    (Docket No. 10.)  Counsel requests a new deadline to comply with the court's order

2    of service.  Good cause appearing, the request is GRANTED.

3         Defendants shall file a motion for summary judgment or other dispositive

4    motion with respect to the claims found cognizable in the court's Order of Service,

5    (See Docket No. 6), **no later than January 7, 2010**.  Briefing shall proceed

6    thereafter in accordance with the court's Order of Service, and all other provisions

7    therein shall remain in effect.  (Id.)

8

9    DATED: _____October 19, 2009_____          _____

10                                              JAMES WARE
                                                United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SYLVESTER A. BRADFORD,

              Plaintiff,

  v.

DEPUTY ROSSI, et al.,

              Defendants.

_____/

Case Number: CV09-01346 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/26/2009_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sylvester A. Bradford CCO9AT829
901 Court Street
Martinez, CA 94553

Dated: _____10/26/2009_____

                             Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk